**Jeanette DAVITON; Candi Daviton–Sciandra, Plaintiffs–Appellants,**

v.

**COLUMBIA/HCA HEALTHCARE CORPORATION, dba San Leandro Hospital, Defendant–Appellee.**

No. 98–16698.

United States Court of Appeals, Ninth Circuit.

June 1, 2000

Before: HUG, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.